**ALLAN D. SARVER** SBN 106282
ATTORNEY AT LAW
16000 Ventura Boulevard
Suite 1000
Encino, California 91436

Telephone No.: (818) 981-0581
Facsimile No.: (818) 981-0026
Email: ADS@asarverlaw.com

ATTORNEY FOR MOVING PARTY
Jefferson Avenue Temecula, LLC

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>EDWIN C. LICUP;<br>CHRISTINE TRACEY CASTRO<br><br>DEBTOR | CASE NO.: 14-00809-CBL<br>Adversary No.: 21-90050-CL<br><br>Chapter 7<br><br>AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF INDEBTEDNESS 11 U.S.C. §523(a)(3)(A) |
| JEFFERSON AVENUE TEMECULA, LLC<br><br>Plaintiffs<br><br>vs<br><br>EDWIN C. LICUP;<br>CHRISTINE TRACEY CASTRO<br><br>Defendants | **STATUS CONFERENCE**<br>Date:<br>Time:<br>Ctrm: |

**COMES NOW,** Jefferson Avenue Temecula, LLC ("Plaintiff"), which complains of the Defendants Edwin C. Licup and Christine Tracey Castro, as follows:

## A. JURISDICTION

1. Pursuant to Bankruptcy Rule 7008(a) et. al, this action is a core proceeding over which this court has jurisdiction pursuant to 28 U.S.C. Section 157 (b) (2) (I) &(J) and 11 U.S.C. Sections 523(a)(3)(A) of Title 11 of U.S. Code.

2. This is an adversary proceeding as defined by Bankruptcy Rule 7001 objecting to debtor's discharge of indebtedness as same relates to the claim asserted herein. Plaintiff consents to the entry of a final Judgment in the Bankruptcy Court.

## B. PROCEDURAL AND FACTUAL ALLEGATIONS

3. Edwin D. Licup and Christine Tracey Castro ("Debtors") filed for relief under chapter 7 on February 3, 2014.

4. Nancy Wolf was the duly appointed and acting chapter 7 trustee ("Trustee.")

5. A Complaint for Unlawful Detainer was filed in the Superior Court of California, Southwest Justice Center (Case No. SWC1202999) on December 13, 2012. A true and correct copy of same is attached hereto as Exhibit "A". Judgment was ultimately entered on January 7, 2013 in favor of Plaintiff as shown by Exhibit "B" hereto.

6. Debtors' chapter 7 proceeding was an "asset case" with a distribution having been made to creditors following the filing and service of the Trustee's Request to Set Claims Bar Date..." (dkt. 56), filed on June 11, 2014.

7. Plaintiff did not receive notice of the chapter 7 proceeding. Debtors' master mailing list, a true and correct

copy of which is Exhibit "C" hereto correctly identifies Applicant's counsel by name, (See Exhibit "A"), however, the address listed in Debtors' schedules and the master mailing list is incorrect, having substituted the City of "Sunland" for Tarzana, CA which would have been correct. Plaintiff contends it never received notice of Debtors' chapter 7 filing or any other notices from the bankruptcy court or the Trustee.

8. The bankruptcy estate was administered by the Trustee through September 12, 2016 when the case was closed and following the filing by the Trustee of the "Chapter 7 Trustee's Final Account, Certification that the Estate has been Fully Administered and Application of Trustee to be Discharged filed on behalf of Trustee Nancy Wolf." (Dkt. 191) A true and correct copy of said Final Account is Exhibit "D" hereto.

9. At all times relevant hereto, the Debtors' chapter 7 proceeding was an "asset case" administered by the chapter 7 Trustee.

10. At all times relevant hereto, Plaintiff did not have notice of the Debtors' chapter 7 filing in which to assert its rights as a creditor on its Judgment as referenced herein above as Exhibit "B" arising out of the unlawful detainer action and file a proof of claim against the Estate and participate in the dividend which was paid by the Trustee to Debtors' creditors.

**FIRST CLAIM FOR RELIEF**
**11 U.S.C. §523(a)(3)(A)**

11. Plaintiff re-alleges and incorporates by reference the

allegations contained in Paragraphs 1 to 10 inclusive of the general and common allegations as though set forth hereat in full.

12. The Plaintiff's claim which arises out of a judgment entered in the Superior Court of the State of California Southwest Justice Center in the sum of $31,780.29 plus interest from and after January 7, 2013 was not included in the claims paid in part by the Trustee as Plaintiff did not have notice of Debtors' chapter 7 filing.

13. The money that is owed by Debtors/Defendants to Plaintiff arises out of factual occurrences and circumstances that give rise to an indebtedness that is nondischargeable under 11 U.S.C. §523(a)(3)(A).

**WHEREFORE,** Plaintiff prays for judgment as follows:

**FIRST CLAIM FOR RELIEF**

1. That the court determine that the indebtedness of Defendants to Plaintiff as proved at trial is nondischargeable pursuant to 11 U.S.C. Section 523(a)(3)(A); and

2. That Plaintiff be awarded all costs of suit incurred, inclusive of reasonable attorneys fees incurred in substantiating their allegations; and

3. That Plaintiff be awarded such other and further relief as this court deems just and proper.

Dated: July 6, 2021

ALLAN D. SARVER
Attorney for Plaintiff

# EXHIBIT "A"

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Barak Isaacs 196916<br>Law Offices of Barak Isaacs<br>18757 Burbank Boulevard Suite 215<br>Tarzana, California 91356<br>TELEPHONE NO.: (818) 344-4175 FAX NO. (Optional): (818) 344-1546<br>E-MAIL ADDRESS (Optional): barakisaacs@hotmail.com<br>ATTORNEY FOR (Name): Plaintiff | KLN<br>FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br>DEC 13 2012<br>V Arnold<br>DEC 17 2012 S |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside<br>STREET ADDRESS: 30755-D Auld Road<br>MAILING ADDRESS: 30755-D Auld Road<br>CITY AND ZIP CODE: Murietta, California 92563<br>BRANCH NAME: Riverside/Southwest Justice Center | |
| PLAINTIFF: Jefferson Avenue Temecula, LLC<br>DEFENDANT: Christina Castro, D.D.S.<br>[X] DOES 1 TO 10 | |
| COMPLAINT - UNLAWFUL DETAINER*<br>[X] COMPLAINT [ ] AMENDED COMPLAINT (Amendment Number): | CASE NUMBER:<br>SWC 1202999 |

Jurisdiction (check all that apply):

[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000 but does not exceed $25,000

[X] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)

[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
[ ] from unlawful detainer to general unlimited civil (possession not in issue) [ ] from limited to unlimited
[ ] from unlawful detainer to general limited civil (possession not in issue) [ ] from unlimited to limited

OSC RE: DISMISSAL
DATE 3-11-13
TIME 8:30 pm
DIVISION S103

1. PLAINTIFF (name each): Jefferson Avenue Temecula, LLC

alleges causes of action against DEFENDANT (name each):
Christina Castro, D.D.S.

2. a. Plaintiff is (1) [ ] an individual over the age of 18 years. (4) [ ] a partnership.
(2) [ ] a public agency. (5) [ ] a corporation.
(3) [X] other (specify): LLC

b. [X] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):
Jefferson Avenue Temecula, LLC

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
27365 Jefferson Avenue Suite "L" & "M"
Temecula CA 92590

4. Plaintiff's interest in the premises is [X] as owner [ ] other (specify):
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about (date): April 1, 2003 defendant (name each):
Christina Castro, D.D.S.

(1) agreed to rent the premises as a [ ] month-to-month tenancy [X] other tenancy (specify): 10 year lease
(2) agreed to pay rent of $ 3,120.00 payable [X] monthly [X] other (specify frequency): base rent
(3) agreed to pay rent on the [X] first of the month [ ] other day (specify):

b. This [X] written [ ] oral agreement was made with
(1) [ ] plaintiff. (3) [X] plaintiff's predecessor in interest.
(2) [ ] plaintiff's agent. (4) [ ] other (specify):

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).



Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

COMPLAINT - UNLAWFUL DETAINER

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courtinfo.ca.gov

Martin Dean's ESSENTIAL FORMS™

Jefferson Avenue Temec

| PLAINTIFF *(Name)*: Jefferson Avenue Temecula, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)* Christina Castro, D.D.S. | SWC 1202999 |

6. c. [X] The defendants not named in item 6a are
   (1) [X] subtenants.
   (2) [X] assignees.
   (3) [X] other *(specify)*: Unauthorized Occupants
   d. [X] The agreement was later changed as follows *(specify)*:
   Monthly base rent adjusted pursuant to terms of the lease.
   e. [ ] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
   f. [ ] *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason)*:
   (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
   (2) [ ] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant *(name each)*: Christina Castro, D.D.S.

   was served the following notice on the same date and in the same manner:
   (1) [X] 3-day notice to pay rent or quit
   (2) [ ] 30-day notice to quit
   (3) [ ] 60-day notice to quit
   (4) [ ] 3-day notice to perform covenants or quit
   (5) [ ] 3-day notice to quit
   (6) [ ] Other *(specify)*:
   b. (1) On *(date)*: 12-7-2012 the period stated in the notice expired at the end of the day.
   (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. [X] The notice included an election of forfeiture.
   e. [ ] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.)*
   f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by items 7a-e and 8 for each defendant.)*

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
   (1) [ ] by personally handing a copy to defendant on *(date)*:
   (2) [ ] by leaving a copy with *(name or description)*:
   a person of suitable age and discretion, on *(date)*: at defendant's
   [ ] residence [ ] business AND mailing a copy to defendant at defendant's place of residence on *(date)*: because defendant cannot be found at defendant's residence or usual place of business.
   (3) [ ] by posting a copy on the premises on *(date)*: [ ] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on *(date)*:
   (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
   (b) [ ] because no person of suitable age or discretion can be found there.
   (4) [ ] *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date)*:
   (5) [X] *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties.
   b. [ ] *(Name)*:
   was served on behalf of all defendants who signed a joint written rental agreement.
   c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
   d. [ ] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

| PLAINTIFF (Name): Jefferson A[venue] Temecula, LLC | C[ASE N]UMBER: |
| --- | --- |
| DEFENDANT (Name) : Christina Castro, D.D.S. | SWC1202999 |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $ 24,768.29

11. ☒ The fair rental value of the premises is $ 159 per day.

12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*

13. ☒ A written agreement between the parties provides for attorney fees.

14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage)* :

Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**
   a. possession of the premises.
   b. costs incurred in this proceeding:
   c. ☒ past-due rent of $ 24,768.29
   d. ☒ reasonable attorney fees.
   e. ☒ forfeiture of the agreement.
   f. ☒ damages at the rate stated in item 11 from *(date)* : 12-1-2012 for each day that defendants remain in possession through entry of judgment.
   g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
   h. ☒ other *(specify)* : All other relief the Court deems just

18. ☒ Number of pages attached *(specify)* : 1

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)**

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ did **not** ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received **any** help or advice for pay from an unlawful detainer assistant, state:)*
   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone No.:
   d. County of registration:
   e. Registration No.:
   f. Expires on *(date)* :

Date: 12-12-2012

Barak Isaacs ▶ [signature]
(TYPE OR PRINT NAME) (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12-12-2012

Jefferson Avenue Temecula, LLC ▶ ATTACHED
(TYPE OR PRINT NAME) (SIGNATURE OF PLAINTIFF)

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF Riverside

I have read the foregoing COMPLAINT-UNLAWFUL DETAINER

and know its contents.

[ ] CHECK APPLICABLE PARAGRAPHS

[ ] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[X] I am [ ] an Officer [ ] a partner
[X] a member of Jefferson Avenue Temecula, LLC
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [X] The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am one of the attorneys for ,
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on 10-12-2012 , at Encino , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mokshinder Singh ______ (signature)
TYPE OR PRINT NAME SIGNATURE

## PROOF OF SERVICE

1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF

I am employed in the county of , State of California.
I am over the age of 18 and not a party to the within action; my business address is:

On , I served the foregoing document described as

on in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] BY MAIL

[ ] *I deposited such envelope in the mail at , California.
The envelope was mailed with postage thereon fully prepaid.

[ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on at , California.

[ ] **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on at , California.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

TYPE OR PRINT NAME SIGNATURE

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)

**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

CP10.5

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*: TELEPHONE NO.:

ATTORNEY FOR *(Name)*:

FOR COURT USE ONLY

**NAME OF COURT:** Superior Court, State of California
STREET ADDRESS: 30755-D Auld Road
MAILING ADDRESS: 30755-D Auld Road
CITY AND ZIP CODE: Murrieta, California 92563
BRANCH NAME: Riverside/Southwest Justice Center

PLAINTIFF: Jefferson Avenue Temecula, LLC

DEFENDANT: Christina Castro, D.D.S.

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

CASE NUMBER: SWC 1202999

*(To be completed by the process server)*
DATE OF SERVICE:

*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)*

**Complete this form only if ALL of these statements are true:**
1. **You are NOT named in the accompanying Summons and Complaint.**
2. **You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.**
3. **You still occupy the premises.**

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:
2. I reside at *(street address, unit No., city and ZIP code)*:
3. The address of "the premises" subject to this claim is *(address)*:
4. On *(insert date)*: ______________, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*
5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| PLAINTIFF *(Name)*: Jefferson Avenue Temecula, LLC<br>DEFENDANT *(Name)*: Christina Castro, D.D.S. | CASE NUMBER:<br>SWC 1202999 |
|---|---|

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date:

(TYPE OR PRINT NAME) ▶ (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE if all the following are true:**

1. **You are NOT named in the accompanying Summons and Complaint.**
2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. **You still occupy the premises.**

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): 196916
Barak Isaacs
Law Offices of Barak Isaacs
18757 Burbank Boulevard Suite 215
Tarzana, California 91356
TELEPHONE NO.: (818) 344-4175 FAX NO.: (818) 344-1546
ATTORNEY FOR (Name): Plaintiff

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
STREET ADDRESS: 30755-D Auld Road
MAILING ADDRESS: 30755-D Auld Road
CITY AND ZIP CODE: Murrieta, California 92563
BRANCH NAME: Riverside/Southwest Justice Center

CASE NAME: Jefferson Avenue v. Castro

**CIVIL CASE COVER SHEET**
[X] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less)

**Complex Case Designation**
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: SWC 1202999
JUDGE:
DEPT.:

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[X] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: One (Unlawful Detainer)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 12-12-2012

Barak Isaacs
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.



Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

Martin Dean's ESSENTIAL FORMS™

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Jefferson Avenue Temec

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)-Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice- Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease
    - Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach-Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case-Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ-Administrative Mandamus
  - Writ-Mandamus on Limited Court Case Matter
  - Writ-Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal-Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400-3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief from Late Claim
  - Other Civil Petition



Jefferson Avenue Temecula, LLC

13

# EXHIBIT "B"

UD-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, state bar number, and address*): | FOR COURT USE ONLY |
|---|---|
| BARAK ISAACS (SBN 196906) 18757 BURBANK BLVD #215 TARZANA, CA 91356 TELEPHONE NO.: 818 774-4175 FAX NO. (*Optional*): E-MAIL ADDRESS (*Optional*): ATTORNEY FOR (*Name*): Plaintiff Jefferson Avenue Temecula, LLC | FILED SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE JAN 07 2013 R. Martinez |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** STREET ADDRESS: MAILING ADDRESS: Southwest Justice Center CITY AND ZIP CODE: 30755-D Auld Road, Suite 1226 BRANCH NAME: Murrieta, CA 92563 | |
| PLAINTIFF: JEFFERSON AVENUE TEMECULA, LLC DEFENDANT: CHRISTINA CASTRO, D.O.S. | |
| **JUDGMENT—UNLAWFUL DETAINER** ☐ **By Clerk** ☒ **By Court** ☐ **By Default** ☐ **Possession Only** ☒ **After Court Trial** ☒ **Defendant Did Not Appear at Trial** | CASE NUMBER: SWC1202999 |

STL JAN 09 2013

**JUDGMENT**

1. ☐ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 1169). For possession only of the premises described on page 2 (item 4).
   e. ☐ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☐ plaintiff's or others' written declaration and evidence (Code Civ. Proc., § 585(d)).

2. ☒ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (*date and time*): 1-7-2013, 8:30 a.m.
   before (*name of judicial officer*): HON. ALBERT J. WOJCIK
   b. Appearances by:
   ☒ Plaintiff (*name each*): JEFFERSON AVENUE TEMECULA, LLC (BY ASIF SHAH, AGENT)
   ☒ Plaintiff's attorney (*name each*):
   (1) BARAK ISAACS
   (2)
   ☐ Continued on *Attachment* 2b (form MC-025).
   ☐ Defendant (*name each*):
   ☐ Defendant's attorney (*name each*):
   (1)
   (2)
   ☐ Continued on *Attachment* 2b (form MC-025).
   c. ☒ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was requested.

| PLAINTIFF: JEFFERSON AVENUE TEMECULA, LLC<br>DEFENDANT: CASTRO | CASE NUMBER:<br>SWC 1202994 |
|---|---|

**JUDGMENT IS ENTERED AS FOLLOWS BY:** [X] **THE COURT** [ ] **THE CLERK**

3. **Parties.** Judgment is
   a. [X] for plaintiff *(name each)*: JEFFERSON AVENUE TEMECULA, LLC

      and against defendant *(name each)*: CHRISTINA CASTRO, LLC

      [ ] Continued on *Attachment* 3a (form MC-025).
   b. [ ] for defendant *(name each)*:

4. [X] Plaintiff [ ] Defendant is entitled to possession of the premises located at *(street address, apartment, city, and county)*: 27365 JEFFERSON AVENUE SUITE "L" + "M" TEMECULA, CA 92590

5. [X] Judgment applies to all occupants of the premises including tenants, subtenants if any, and named claimants if any (Code Civ. Proc., §§ 715.010, 1169, and 1174.3).

6. **Amount and terms of judgment**
   a. [ ] Defendant named in item 3a above must pay plaintiff on the complaint:

| | | |
|---|---|---|
| (1) | [X] Past-due rent | $ 24,768.29 |
| (2) | [X] Holdover damages | $ 6,042.00 |
| (3) | [X] Attorney fees | $ 400.00 |
| (4) | [X] Costs | $ 570.00 |
| (5) | [ ] Other *(specify)*: | $ |
| (6) | **TOTAL JUDGMENT** | $ 31,780.29 |

   b. [ ] Plaintiff is to receive nothing from defendant named in item 3b.
      [ ] Defendant named in item 3b is to recover costs: $
      [ ] and attorney fees: $

   c. [ ] The rental agreement is canceled. [X] The lease is forfeited.

7. [ ] **Conditional judgment.** Plaintiff has breached the agreement to provide habitable premises to defendant as stated in *Judgment—Unlawful Detainer Attachment* (form UD-110S), which is attached.

8. [ ] **Other** *(specify)*:

   [ ] Continued on *Attachment* 8 (form MC-025).

Date: 1/13/17 [ ] [signature] JUDICIAL OFFICER

Date: [ ] Clerk, by ____________________, Deputy

**CLERK'S CERTIFICATE** *(Optional)*

(SEAL)

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by ____________________, Deputy

# EXHIBIT "C"

Label Matrix for local noticing
0974-3
Case 14-00809-CL7
Southern District of California
San Diego
Mon Oct 26 11:25:18 PDT 2020

CapitalSource Bank
c/o PYLE SIMS DUNCAN & STEVENSON, APC
Attn: Peter L. Duncan
401 B Street, Suite 1500
San Diego, CA 92101-4238

United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101-8897

Wells Fargo Bank, N.A.
c/o Hemar & Associates
2001 Wilshire Blvd., Ste. 510
Santa Monica, CA 90403-5641

U.S. Bankruptcy Court
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Capital Source Bank
c/o Leo J. Presiao, Esq
2211 Michelson Dr., Ste 700
Irvine, CA 92612-1393

Citi Advantage
P.O. Box 6235
Sioux Falls, SD 57117-6235

Citi Business Advantage
P.O. Box 6235
Sioux Falls, SD 57117-6235

Core Orthopaedic Med Ctr
322 Santa Fe Dr, Ste 110
Encinitas, CA 92024

County of Riverside CA
40935 County Center Dr., Ste C
Temecula, CA 92591-6005

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Frank Taike
Cardiff Executive Ctr
P.O. Box 675514
Rancho Santa Fe, CA 92067-5514

Jefferson Ave Temecula LLC
c/o Law Office of Barak Issacs
18757 Burbank Bl, Ste 215
Sun Valley, CA 91352

Kayvan Sabouri
c/o Joshua Hershon , Esq
300 Carlsbad Village Dr,
Carlsbad, CA 92008-2900

Lease Finance Gp
65 E Wacker Place Ste 510
Chicago, IL 60601-7255

MELODY G. ANDERSON, ESQ., ESQ.,
COUNSEL FOR WELLS FARGO EQUIP FIN
22500 BROADWAY, SUITE F-126
SANTA MONICA, CA 90404

Navy Federal Credit Union
P.O. Box 3500
Merrifield, VA 22119-3500

Navy Federal Credit Union
c/o Bryan Grundon
16870 W. Berdardo Dr, Ste 400
San Diego, CA 92127-1678

(p)PYLE SIMS DUNCAN & STEVENSON
401 B STREET SUITE 1500
SAN DIEGO CA 92101-4238

Pro-Health
De Lage Landen Financial Serv
1111 Old Eagle School Rd
Wayne, PA 19087-1453

Roberta Robinson
KIRBY & McGUINN, APC
707 Broadway, Suite 1750
San Diego, CA 92101-5393

Scripps Ambulatory Surgery Ctr
320 Santa Fe Dr., Ste LL2
Encinitas, CA 92024-5140

Wells Fargo
c/o Peter S. Hemar Esq.
2001 Wilshire Blvd., Ste 510
Santa Monica, CA 90403-5641

Wells Fargo Equipment Finance
300 Tri-State International
Suite 400
Lincolnshire, IL 60069-4417

Christine Tracy Castro
4728 Sandalwood Way
Oceanside, CA 92057-7951

Edwin D Licup
4728 Sandalwood Way
Oceanside, CA 92057-7951

Nancy Wolf
P.O. Box 420448
San Diego, CA 92142-0448

Timothy J. Walsh
1319 Travis Boulevard, Suite E
Fairfield, CA 94533-4625

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

Peter L. Duncan
PYLE SIMS DUNCAN & STEVENSON, APC
401 B Street, Suite 1500
San Diego, CA 92101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CapitalSource Bank
c/o PYLE SIMS DUNCAN & STEVENSON, APC
Attn: Peter L. Duncan
401 B Street, Suite 1500
San Diego, CA 92101-4238

(d)Wells Fargo Bank, N.A.
c/o Hemar & Associates
2001 Wilshire Blvd., Ste. 510
Santa Monica, CA 90403-5641

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 30 |
| Bypassed recipients | 2 |
| Total | 32 |

# EXHIBIT "D"

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** CALIFORNIA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Licup, Edwin D | § | Case No. 14-00809 CBL |
| Castro, Christine Tracy | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

NANCY WOLF, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 31,117.67<br>*(Without deducting any secured claims)* | Assets Exempt: 236,370.44 |
| Total Distributions to Claimants: 23,313.84 | Claims Discharged<br>Without Payment: 468,369.78 |
| Total Expenses of Administration: 64,316.81 | |

3) Total gross receipts of $ 101,284.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 13,654.00 (see **Exhibit 2**), yielded net receipts of $ 87,630.65 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 403,797.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 64,316.81 | 64,316.81 | 64,316.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 101,645.00 | 426,408.62 | 426,408.62 | 23,313.84 |
| **TOTAL DISBURSEMENTS** | $ 505,442.00 | $ 490,725.43 | $ 490,725.43 | $ 87,630.65 |

4) This case was originally filed under chapter 7 on 02/03/2014 . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2016 By:/s/NANCY WOLF, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 95,913.32 |
| PREFERENTIAL LEVY BY CAPITALSOURCE BANK | 1290-000 | 5,371.33 |
| **TOTAL GROSS RECEIPTS** | | $ 101,284.65 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| EDWIN D. LICUP and | Exemptions | 8100-000 | 13,654.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 13,654.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital Source Bank c/o Leo J. Presiao, Esq 2211 Michelson Dr., Ste 700 Irvine, CA 92612 | | 3,912.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital Source Bank c/o Leo J. Presiao, Esq 2211 Michelson Dr., Ste 700 Irvine, CA 92612 | | 138,000.00 | NA | NA | 0.00 |
| | Capital Source Bank c/o Leo J. Presiao, Esq 2211 Michelson Dr., Ste 700 Irvine, CA 92612 | | 118,026.00 | NA | NA | 0.00 |
| | Navy Federal Credit Union P.O. Box 3500 Merrifield, VA 22119-3500 | | 19,500.00 | NA | NA | 0.00 |
| | Pro-Health De Lage Landen Financial Serv 1111 Old Eagle School Rd Wayne, PA 19087 | | 7,153.00 | NA | NA | 0.00 |
| | Wells Fargo c/o Peter S. Hemar Esq. 2001 Wilshire Blvd., Ste 510 Santa Monica, CA 90403 | | 117,206.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 403,797.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NANCY WOLF, TRUSTEE | 2100-000 | NA | 7,631.53 | 7,631.53 | 7,631.53 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 91.85 | 91.85 | 91.85 |
| Associated Bank | 2600-000 | NA | 1,687.23 | 1,687.23 | 1,687.23 |
| EURO PACIFIC CAPITAL, INC. | 2990-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| KIRBY & MCGUINN | 3210-000 | NA | 958.64 | 958.64 | 958.64 |
| KIRBY, ESQ., DEAN T. | 3210-000 | NA | 49,616.00 | 49,616.00 | 49,616.00 |
| KIRBY & MCGUINN | 3220-000 | NA | 41.36 | 41.36 | 41.36 |
| KIRBY, ESQ., DEAN T. | 3220-000 | NA | 1,361.54 | 1,361.54 | 1,361.54 |
| R. DEAN JOHNSON, CPA | 3410-000 | NA | 1,610.00 | 1,610.00 | 1,610.00 |
| R. DEAN JOHNSON, CPA | 3420-000 | NA | 118.66 | 118.66 | 118.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 64,316.81 | $ 64,316.81 | $ 64,316.81 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Advantage P.O. Box 6235 Sioux Falls, SD 57117-6235 | | 15,000.00 | NA | NA | 0.00 |
| | Citi Business Advantage P.O. Box 6235 Sioux Falls, SD 57117-6235 | | 14,560.00 | NA | NA | 0.00 |
| | Core Orthopaedic Med Ctr 322 Santa Fe Dr, Ste 110 Encinitas, CA 92024 | | 1,600.00 | NA | NA | 0.00 |
| | County of Riverside CA 40935 County Center Dr., Ste C Temecula, CA 92591 | | 2,700.00 | NA | NA | 0.00 |
| | County of Riverside CA 40935 County Center Dr., Ste C Temecula, CA 92591 | | 1,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jefferson Ave Temecula LLC c/o Law Office of Barak Issacs 18757 Burbank Bl, Ste 215 Sun Valley, CA 91352 | | 3,100.00 | NA | NA | 0.00 |
| | Kayvan Sabouri c/o Joshua Hershon , Esq 300 Carlsbad Village Dr, Carlsbad, CA 92008 | | 1,615.00 | NA | NA | 0.00 |
| | Navy Federal Credit Union c/o Bryan Grundon 16870 W. Berdardo Dr, Ste 400 San Diego, CA 92127 | | 24,000.00 | NA | NA | 0.00 |
| | Scripps Ambulatory Surgery Ctr 320 Santa Fe Dr., Ste LL2 Encinitas, CA 92024 | | 1,600.00 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS BANK FSB | 7100-000 | 4,600.00 | 4,600.99 | 4,600.99 | 251.56 |
| 000005 | AMERICAN EXPRESS BANK FSB | 7100-000 | 22,845.00 | 22,845.65 | 22,845.65 | 1,249.08 |
| 000006 | AMERICAN EXPRESS BANK FSB | 7100-000 | 8,925.00 | 8,925.79 | 8,925.79 | 488.02 |
| 000001 | CAPITALSOURCE BANK | 7100-000 | NA | 120,059.38 | 120,059.38 | 6,564.23 |
| 000002 | CAPITALSOURCE BANK | 7100-000 | NA | 145,733.35 | 145,733.35 | 7,967.95 |

Case 14-00809-CL7 Filed 09/09/16 Entered 09/09/16 13:24:01 Doc 191 Pg. 8 of 20

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | DE LAGE LANDEN FINANCIAL SERVICES | 7100-000 | NA | 7,037.58 | 7,037.58 | 384.78 |
| 000003 | WELLS FARGO EQUIPMENT FINANCE | 7100-000 | NA | 117,205.88 | 117,205.88 | 6,408.22 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 101,645.00 | $ 426,408.62 | $ 426,408.62 | $ 23,313.84 |

29

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-00809 CBL Judge: HON. CHRISTOPHER B. LATHAM | Trustee Name: | NANCY WOLF, TRUSTEE |
| Case Name: | Licup, Edwin D<br>Castro, Christine Tracy | Date Filed (f) or Converted (c): | 02/03/14 (f) |
| | | 341(a) Meeting Date: | 03/03/14 |
| For Period Ending: | 08/12/16 | Claims Bar Date: | 09/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BANK ACCOUNT WITH US BANK #X-4003<br>Bank Account with US Bank #X-4003 AS AMENDED - EXEMPT<br>Debtor Claimed Exemption | 1.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNT WITH US BANK X-9417<br>Bank Account with US Bank X-9417 - AS AMENDED - EXEMPT<br>Debtor Claimed Exemption | 1.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNT WITH US BANK X-1827; FOR CHRISTINE CA<br>Bank Account with US Bank x-1827; For Christine Castro DMD INC - AS AMENDED - EXEMPT<br>Debtor Claimed Exemption | 2,850.85 | 0.00 | | 0.00 | FA |
| 4. CUSTODIAL ACCOUNT FOR SON, A MINOR, AT NAVY FEDERA<br>Custodial account for son, a minor, at Navy Federal Credit Union #7202 - EXEMPT<br>Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 5. BANK ACCOUNT WITH CHASE BANK #8763<br>Bank Account with Chase Bank #8763 - AS AMENDED - CLAIMED EXEMPT<br>Debtor Claimed Exemption | 1,842.59 | 0.00 | | 0.00 | FA |
| 6. BANK ACCOUNT WITH MISSION OAKS BANK X-5452<br>Bank Account with Mission Oaks Bank X-5452 - AS AMENDED CORPORATE ACCOUNT FOR CHRISTINE CASTRO DMD, INC. NOT PROPERTY OF ESTATE | 2,711.24 | 0.00 | | 0.00 | FA |
| 7. BANK ACCOUNT WITH NAVY FEDERAL CREDIT UNION X-3572<br>Bank Account with Navy Federal Credit Union X-3572 - AS AMENDED - EXEMPT<br>Debtor Claimed Exemption | 5.00 | 0.00 | | 0.00 | FA |
| 8. BANK ACCOUNT WITH CHARLES SCHWAB BANK X-9595 | 10.00 | 0.00 | | 0.00 | FA |

30

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit 8

Case No: 14-00809 CBL Judge: HON. CHRISTOPHER B. LATHAM
Case Name: Licup, Edwin D
Castro, Christine Tracy

Trustee Name: NANCY WOLF, TRUSTEE
Date Filed (f) or Converted (c): 02/03/14 (f)
341(a) Meeting Date: 03/03/14
Claims Bar Date: 09/09/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Bank Account with Charles Schwab Bank X-9595 - EXEMPT<br>Debtor Claimed Exemption | | | | | |
| 9. NORMAL HOUSEHOLD FURNISHINGS<br>Normal Household Furnishings - EXEMPT<br>Debtor Claimed Exemption | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. MISCELLANEOUS CLOTHING<br>Miscellaneous Clothing - EXEMPT<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 11. MISCELLANEOUS JEWELRY<br>Miscellaneous Jewelry - EXEMPT<br>Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 12. RETIREMENT IRA WITH AMERICAN FUND<br>Retirement IRA with American Fund- EXEMPT<br>Debtor Claimed Exemption | 12,800.00 | 0.00 | | 0.00 | FA |
| 13. IRA WITH GOLDSTAR TRUST CO.<br>IRA with Goldstar Trust Co. - OBJECTIONS TO EXEMPTIONS PENDING RE POSSIBLE INVALID INVESTMENTS IN IRA - EXEMPTION ALLOWED PER ORDER ENT. 10/15/15<br>Debtor Claimed Exemption | 27,000.00 | 0.00 | | 0.00 | FA |
| 14. IRA WITH SPROTT GOAL<br>IRA with Sprott Goal - EXEMPT<br>Debtor Claimed Exemption | 92,000.00 | 0.00 | | 0.00 | FA |
| 15. IRA WITH AMERICAN FUND<br>IRA with American Fund - EXEMPT<br>Debtor Claimed Exemption | 51,000.00 | 0.00 | | 0.00 | FA |
| 16. IRA WITH GOLDSTAR TRUST<br>IRA with Goldstar Trust OBJECTION TO CLAIM OF EXEMPTION | 35,800.00 | 0.00 | | 0.00 | FA |

31

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit 8

Case No: 14-00809 CBL Judge: HON. CHRISTOPHER B. LATHAM

Case Name: Licup, Edwin D
Castro, Christine Tracy

Trustee Name: NANCY WOLF, TRUSTEE

Date Filed (f) or Converted (c): 02/03/14 (f)

341(a) Meeting Date: 03/03/14

Claims Bar Date: 09/09/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| PENDING RE POSSIBLE INVALID INVESTMENT IN IRS - EXEMPTION ALLOWED PER ORDER ENTERED 10/15/15<br>Debtor Claimed Exemption | | | | | |
| 17. INTEREST IN CHRISTINE TRACY CASTRO DMD INC<br>Interest in Christine Tracy Castro DMD INC - EXEMPT<br>Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 18. INTEREST IN CHRISTINE CASTRO DMD, A PROFESSIONAL D<br>Interest in Christine Castro DMD, a professional dental corporation - EXEMPT<br>Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 19. 2011 HYUNDAI ELANTRA (49,650 MILES)<br>2011 Hyundai Elantra (49,650 miles) - NO EQUITY - EXEMPT AT $100<br>Debtor Claimed Exemption | 10,900.00 | 0.00 | | 0.00 | FA |
| 20. 2007 HONDA CIVIC HYBRID (132,184 MILES)<br>2007 Honda Civic Hybrid (132,184 miles) - EXEMPT<br>Debtor Claimed Exemption | 3,750.00 | 0.00 | | 0.00 | FA |
| 21. 2002 HONDA ACCORD EX 4 DOOR (233,437 MILES)<br>2002 Honda Accord EX 4 Door (233,437 miles) - EXEMPT<br>Debtor Claimed Exemption | 1,800.00 | 0.00 | | 0.00 | FA |
| 22. GARNISHED FUNDS FROM CHASE BANK ACCOUNT; GUARNISHE<br>Garnished funds from Chase Bank account; Guarnished January 2014 (Duplicate of listing in #2 "Bank Account with Chase Bank #8763" - INVESTIGATING - SEE ASSET # 35 - CHASE DID NOT LEVY - CAPITAL SOURCE LEVIED AGAINST CHASE - THE AMOUNT LISTED WAS INCORRECT - SEE CORRECTED AMENDMENT AT | 15,000.00 | 0.00 | | 0.00 | FA |

32

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit 8

Case No: 14-00809 CBL Judge: HON. CHRISTOPHER B. LATHAM
Case Name: Licup, Edwin D
Castro, Christine Tracy

Trustee Name: NANCY WOLF, TRUSTEE
Date Filed (f) or Converted (c): 02/03/14 (f)
341(a) Meeting Date: 03/03/14
Claims Bar Date: 09/09/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| ASSET NO. 36. NOTE: TRUSTEE RECOVERED LEVIED FUNDS WITHIN THE PREFERENCE PERIOD SEE ASSET #35 | | | | | |
| 23. MISCELLANEOUS DENTAL EQUIPMENT<br>Miscellaneous Dental Equipment - EXEMPT<br>Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 24. MISCELLANEOUS DENTAL EQUIPMENT<br>Miscellaneous Dental Equipment - EXEMPT<br>Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 25. MISCELLANEOUS DENTAL EQUIPMENT<br>Miscellaneous Dental Equipment - EXEMPT<br>Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 26. MISCELLANEOUS DENTAL EQUIPMENT<br>Miscellaneous Dental Equipment - EXEMPT<br>Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 27. MISCELLANEOUS EQUIPMENT<br>Miscellaneous Equipment - EXEMPT TO $100 - NO EQUITY<br>Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 28. PERTH MINT PRECIOUS METALS CERTS. (2) added by ame<br>4net recovery of gold cert. disbursements $94,713.32<br>debtor has claimed an amended exemption in the proceeds of $13,654.00 pursuant to resolution of objection to exemption in the Goldstar IRA - debtor's exemption paid 3/3/17<br><br>(need amended gross less commission/fee for proper breakdown) | 100,000.00 | 95,913.32 | | 95,913.32 | FA |
| 29. NFCU BANK ACCOUNT #1257<br>AS AMENDED - CORPORATION ACCOUNT FOR C. CASTRO DMD, INC. DBA SMILES OF TEMECULA - NOT PROPERTY OF | 400.00 | 0.00 | | 0.00 | FA |

33

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



Case No: 14-00809 CBL Judge: HON. CHRISTOPHER B. LATHAM
Case Name: Licup, Edwin D
Castro, Christine Tracy

Trustee Name: NANCY WOLF, TRUSTEE
Date Filed (f) or Converted (c): 02/03/14 (f)
341(a) Meeting Date: 03/03/14
Claims Bar Date: 09/09/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| ESTATE | | | | | |
| 30. CHASE BANK ACCOUNT #0297<br>AS AMENDED - EXEMPT<br>Debtor Claimed Exemption | 860.00 | 0.00 | | 0.00 | FA |
| 31. TERM INSURANCE W/PAN-AM FOR DEBTOR<br>FACE VALUE $100,000 - NO CASH VALUE - EXEMPT AS AMENDED<br>Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 32. TERM LIFE INSURANCE W/PAN-AM FOR JOINT DEBTOR<br>AS AMENDED - FACE VALUE $1,000,000 NO CASH VALUE - EXEMPT<br>Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 33. TERM LIFE INSURANCE W/AM-GEN FOR JOINT DEBTOR<br>AS AMENDED - FACE VALUE $1,250,000 - NO CASH VALUE - EXEMPT | 100.00 | 0.00 | | 0.00 | FA |
| 34. GARNISHMENTS FROM US BANK AS AMENDED<br>AS AMENDED ADDED - $111.53; $100.04 & $1,261.52 (IDENTIFIED BY TRUSTEE) SEE SETTLEMENT RECOVERING PREFERRENTIAL GARNISHMENTS AT BEHEST OF CAPITAL SOURCE BANK ASSET NO. 35 | 211.57 | 0.00 | | 0.00 | FA |
| 35. PREFERENTIAL LEVY BY CAPITALSOURCE BANK (u)<br>SETTLEMENT APPROVED FOR TURNOVER OF $5,371.33 OF FUNDS LEVIED BY CAPITAL SOURCE BANK FROM US BANK, CHASE BANK WITHIN PREFERENCE PERIOD SEE ORDER ON SETTLEMENT ENTERED 9/29/15 | 0.00 | 5,371.33 | | 5,371.33 | FA |
| 36. AMENDED ADDED GARNISHED FUNDS FROM CHASE BANK<br>AMENDED & CORRECTED ADDED: NOTE: SEE ASSET #22- | 3,339.86 | 0.00 | | 0.00 | FA |

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 14-00809 CBL Judge: HON. CHRISTOPHER B. LATHAM
Case Name: Licup, Edwin D
Castro, Christine Tracy

Trustee Name: NANCY WOLF, TRUSTEE
Date Filed (f) or Converted (c): 02/03/14 (f)
341(a) Meeting Date: 03/03/14
Claims Bar Date: 09/09/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| FUNDS GARNISHED AT BEHEST OF CAPITALSOURCE BANK - SEE RECOVERED PREFERRENTIAL GARNISHED FUNDS AT ASSET #35 | | | | | |
| 37. NFCU ACCT #3571 AS AMENDED ADDED BY AMENDMENT - NOT EXEMPT - DEMINIMUS - ABANDON AT CLOSE | 5.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $367,488.11 | $101,284.65 | | $101,284.65 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/5/16 FINAL DIST. CHECKS ISSUED
5//30/16 NFR UPLOADED FOR SERVICE
5/25/16 PROFESSIONAL FEE CHECKS DISBURSED
5/24/16 ORDER ON PROFESSIONAL FEES ENTERED
4/14/16 UST files TFR w/court
4/4/16 court continues professional fee applications to 5/23/16 pending UST filing TFR with court
3/4/16 TFR/NFR submitted to UST; final fee app filed with court
2/19/16 issues resolved with debtyor reducing exemption
10/15/15 order denying trustee's object to exemption in goldstar IRAs, but inviting sanction motion for debtor's concealment of facts - sanction motion prepared
7/29/15 final briefs on file for judge to render decision on trustee's objection to exemption in Goldstar IRA's (judge has taken under submission)
7/6/15 review settlement draft & approve re settlement for turnover of preference payments received by Capital Source

35

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 14-00809 CBL Judge: HON. CHRISTOPHER B. LATHAM
Case Name: Licup, Edwin D
Castro, Christine Tracy

Trustee Name: NANCY WOLF, TRUSTEE
Date Filed (f) or Converted (c): 02/03/14 (f)
341(a) Meeting Date: 03/03/14
Claims Bar Date: 09/09/14

Bank
7/6/15 objection to IRA still under submission - judge asked for one addl. briefing on specific issues
4/20/15 hearing on objection to IRA continued for briefing to 6/1/15
2/10/15 trustee files objection to certain exemptoins in certain IRA's which appear to have invalid investments
1/27/15 net funds from liquidation of gold certificates received
1/15/15 MEETING CONCLUDED - INITIAL REPORT FILED
CONTINUED FURHTER TO 1/15/15 AT 1:00 PM W/O APPEARANCE ON 12/16/14 FOR SAME
CONTINUED FOR DOCUMENTS NEEDED FOR ABANDONMENTS AND FOR SUPPORT OF INFORMATION IN CASE SEE FILE AND FOR PREPARATION OF STIP TO MAINTAIN DDS PATIENT FILES
CONTINUED FURTHER FOR DOCUMENTATION REGARDING DISPOSITION OF CERTAIN ASSETS LISTED IN DEBTOR'S LOAN APPLICATION WHICH DO NOT APPEAR ON SCHEDULES
MAJOR SECURED CREDITOR HAS FILED MOTION TO EXTEND TO FILE 523/727 ACTION RE PERSONAL GUARANTEE RE LOANS MADE TO DEBTOR'S CORP.) TO 7/2/14 ON STIP WITH DEBTOR WHICH INCLUDES TRUSTEE & UST
1/14/15 GOLD CERT DOCS SIGNED AND TRANSMITTED TO LIQUIDATION AGENT FOR SAME
12/19/14 ORDER ENTERED AUTHORIZING REDEMPTION/LIQUIDATION OF GOLD CERTIFICATES
CONTINUED TO 6/9/14 2:30 PM FOR DOCS AND FURTHER EXAMINATION (CREDITORS PRESENT ON 5/22/14)
CONTINUED FURTHER TO 7/23/14 AT 2:30 ON HOLDDATE BASIS FOR ADDL. DOCS REQUESTED AT HEARING ON 6/9/14
CONTINUED FURTHER TO 8/11/14 AT 11:45 AM PENDING PRODUCTION OF REVISED AMENDMENT AND BALANCE OF DOCUMENTS
CONTINUED FURTHER TO 8/27/14 AT 2:30 PM HOLD DATE CONTINUANCE FOR REVIEW OF AMENDMENTS AND DOCUMENTS W/O APPEAR ON 8/11/14
BAR DATE EXTENSION TO 10/31/14
6/11/14 CLAIMS BAR DATE REQUESTED
6/9/14 STIPULATED FOR FURTHER EXTENSION OF 727 BAR DATE TO 8/31/14 - ent. 6/12/14
4/30/14 STIPULATED ORDER EXTENDING 727 BAR DATE TO 7/2/14
12/19/14 ORDER ENTERED AUTHORIZING REDEMPTION/LIQUIDATION OF GOLD CERTIFICATES
4/1/14 ORDER APPROVING DECLARATION & STIPULATION REGARDING MAINTENANCE OF PATIENT FILES ENTERED (JOINT DEBTOR TO PRESERVE & PROTECT PER LAWS OF STATE OF CA)
CONTINUED FURHTER TO 1/15/15 AT 1:00 PM W/O APPEARANCE ON 12/16/14 FOR SAME
CONTINUED FURTHER TO 12/16/14 AT 01:00 PM W/O APPEARANCE ON 10/23/14 FOR SAME AND PENDING LIQUIDATION OF GOLD CERTS. - W/STIP TO FURTHER CONT. OF BAR DATE TO 12/31/14
CONTINUED FURTHER TO 10/23/14 AT 01:00 PM W/O APPEARANCE ON 10/8/14 FOR SAME
CONTINUED FURTHER TO 10/8/14 AT 11:45AM W/O APPEARANCE ON 9/22/14 FOR SAME

36

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-00809 CBL Judge: HON. CHRISTOPHER B. LATHAM | Trustee Name: | NANCY WOLF, TRUSTEE |
| Case Name: | Licup, Edwin D | Date Filed (f) or Converted (c): | 02/03/14 (f) |
| | Castro, Christine Tracy | 341(a) Meeting Date: | 03/03/14 |
| | | Claims Bar Date: | 09/09/14 |

CONTINUED FURTHER TO 9/22/14 AT 1:00 PM W/O APPEARANCE ON9/16/14 FOR SAME

CONTINUED FURTHER TO 9/16/14 AT 1:00 PM W/O APPEARANCE ON 8/27/14 FOR SAME

Initial Projected Date of Final Report (TFR): 12/31/17  Current Projected Date of Final Report (TFR): 12/31/17

37

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

Case No: 14-00809 -CBL
Case Name: Licup, Edwin D
Castro, Christine Tracy
Taxpayer ID No: *******2555
For Period Ending: 08/12/16

Trustee Name: NANCY WOLF, TRUSTEE
Bank Name: Associated Bank
Account Number / CD #: *******5908 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 100,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/15 | 28 | KIRBY & MCGUINN<br>ATTN: DEAN T. KIRBY, ESQ.<br>707 BROADWAY, SUITE 1750<br>SAN DIEGO, CA 92101 | net proceeds liq. of gold certs. | | 94,713.32 | | 94,713.32 |
| | | KIRBY & MCGUINN | Memo Amount: 95,913.32<br>PROCEEDS SALE OF GOLD CERTIFICATES | 1129-000 | | | |
| | | EURO PACIFIC CAPITAL, INC. | Memo Amount: ( 1,200.00 )<br>TRADING FEE ON LIQ OF GOLD CERTS | 2990-000 | | | |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.16 | 94,695.16 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 127.13 | 94,568.03 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 140.59 | 94,427.44 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 135.86 | 94,291.58 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 140.18 | 94,151.40 |
| 06/26/15 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE. 420<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND INCREASE PREMIUM<br>TRUSTEE BOND INCREASE PREMIUMM<br>LIBERTY MUTUAL INSURANCE COMPANY<br>BOND #016025040 | 2300-000 | | 31.61 | 94,119.79 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 135.45 | 93,984.34 |
| 07/27/15 | 010002 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND INCREASE<br>BLANKET BOND PAYMENT INCREASE PREMIUM<br>LIBERTY MUTUAL INSURANCE COMPANY<br>BOND # 016025040<br>TERME 11/15/14 - 11/15/15 | 2300-000 | | 11.28 | 93,973.06 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 139.73 | 93,833.33 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 139.51 | 93,693.82 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 134.81 | 93,559.01 |
| 10/22/15 | 35 | KIRBY & MCGUINN, APC | PROCEEDS CAPITAL SOURCE STLMT | 1290-000 | 5,371.33 | | 98,930.34 |
| | | | | Page Subtotals | 100,084.65 | 1,154.31 | |

Ver: 19.06a

38

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 14-00809 -CBL | Trustee Name: | NANCY WOLF, TRUSTEE |
| Case Name: | Licup, Edwin D<br>Castro, Christine Tracy | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5908 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2555 | Blanket Bond (per case limit): | $ 100,000,000.00 |
| For Period Ending: | 08/12/16 | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | CLIENT TRUST ACCOUNT<br>707 BROADWDAY, STE. 1750<br>SAN DIEGO, CA 92101 | | | | | |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 140.64 | 98,789.70 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 142.13 | 98,647.57 |
| 12/16/15 | 010003 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, STE. 420<br>NEW ORLEANS, LA 70139 | ANNUAL BLANKET BOND PREMIUM<br>ANNUAL CHAPTER 7 BLANKET BOND PREMIUM<br>REGION 15 - SOUTHERN DIST. CALIFORNIA<br>BOND #016067656 | 2300-000 | | 48.96 | 98,598.61 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 146.66 | 98,451.95 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 146.38 | 98,305.57 |
| 03/03/16 | 010004 | EDWIN D. LICUP and<br>CHRISTINE TRACY CASTRO<br>c/o Timothy J. Walsh, Esq.<br>1319 Travis Blvd.<br>Fairfield, CA 94533 | TURNOVER DEBTORS'<br>TURNOVER DEBTORS' AMENDED EXEMPTION IN PRECIOUS METALS CERTIFICATES | 8100-000 | | 13,654.00 | 84,651.57 |
| 05/25/16 | 010005 | KIRBY & MCGUINN, APC<br>ATTN: ROBERTA ROBINSON, ESQ.<br>707 BROADWAY, STE. 1750<br>SAN DIEGO, CA 92101 | FINAL FEES/COSTS ATTY FOR TRUSTEE<br>FINAL FEES AND COSTS FOR ATTORNEYS FOR TRUSTEE PER ORDER ENTERED 5/24/16 | | | 50,977.54 | 33,674.03 |
| | | | Fees 49,616.00 | 3210-000 | | | |
| | | | Expenses 1,361.54 | 3220-000 | | | |
| 05/25/16 | 010006 | KIRBY & MCGUINN<br>ATTN: ROBERTA ROBINSON, ESQ.<br>707 BROADWAY, SUITE 1750<br>SAN DIEGO, CA 92101 | SUPPLEMENTAL FEES ATTY FOR TRUSTEE<br>SUPPLEMENTAL FEES OF UPTO $1000.00 FOR ACTUAL ADDITIONAL SERVICES WITHOUT FURTHER APPLICATION PER ORDER ENT. 5/24/16 | | | 1,000.00 | 32,674.03 |
| | | | Fees 958.64 | 3210-000 | | | |
| | | | Page Subtotals | | 0.00 | 66,256.31 | |

Ver: 19.06a

39



Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-00809 -CBL
Case Name: Licup, Edwin D
Castro, Christine Tracy
Taxpayer ID No: *******2555
For Period Ending: 08/12/16

Trustee Name: NANCY WOLF, TRUSTEE
Bank Name: Associated Bank
Account Number / CD #: *******5908 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 100,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses 41.36 | 3220-000 | | | |
| 05/25/16 | 010007 | R. DEAN JOHNSON, CPA<br>POB 420787<br>SAN DIEGO, CA 92142 | FINAL FEES/COSTS CPA FOR TRUSTEE<br>FINAL FEE/COSTS CPA FOR TRUSTEE PER ORDER ENT. 5/24/16 | | | 1,728.66 | 30,945.37 |
| | | | Fees 1,610.00 | 3410-000 | | | |
| | | | Expenses 118.66 | 3420-000 | | | |
| 05/25/16 | 010008 | NANCY WOLF<br>P.O. BOX 420448<br>SAN DIEGO, CA 92142 | FINAL COMPENSATION FOR TRUSTEE<br>FIRST & FINAL COMPENSATION FOR TRUSTEE PER ORDER ENT. 5/24/16 | 2100-000 | | 7,631.53 | 23,313.84 |
| 07/05/16 | 010009 | CAPITALSOURCE BANK<br>C/O PYLE SIMS DUNCAN & STEVENSON, APC<br>ATTN: PETER L. DUNCAN<br>401 B STREET, SUITE 1500<br>SAN DIEGO, CA 92101 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 6,564.23 | 16,749.61 |
| 07/05/16 | 010010 | CAPITALSOURCE BANK<br>C/O PYLE SIMS DUNCAN & STEVENSON, APC<br>ATTN: PETER L. DUNCAN<br>401 B STREET, SUITE 1500<br>SAN DIEGO, CA 92101 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 7,967.95 | 8,781.66 |
| 07/05/16 | 010011 | WELLS FARGO EQUIPMENT FINANCE<br>300 TRI-STATE INTERNATIONAL<br>SUITE 400<br>LINCOLNSHIRE, IL 60069 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 6,408.22 | 2,373.44 |
| 07/05/16 | 010012 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 251.56 | 2,121.88 |
| 07/05/16 | 010013 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 1,249.08 | 872.80 |
| | | | | Page Subtotals | 0.00 | 31,801.23 | |

40

**FORM 2**

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-00809 -CBL
Case Name: Licup, Edwin D
Castro, Christine Tracy
Taxpayer ID No: *******2555
For Period Ending: 08/12/16

Trustee Name: NANCY WOLF, TRUSTEE
Bank Name: Associated Bank
Account Number / CD #: *******5908 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 100,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MALVERN PA 19355-0701 | | | | | |
| 07/05/16 | 010014 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 488.02 | 384.78 |
| 07/05/16 | 010015 | DE LAGE LANDEN FINANCIAL SERVICES<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | FINAL BANKRUPTCY DISTRIBUTION | 7100-000 | | 384.78 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 95,913.32 | COLUMN TOTALS | 100,084.65 | 100,084.65 | 0.00 |
| Memo Allocation Disbursements: | 1,200.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 100,084.65 | 100,084.65 | |
| Memo Allocation Net: | 94,713.32 | Less: Payments to Debtors | | 13,654.00 | |
| | | Net | 100,084.65 | 86,430.65 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 95,913.32 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 1,200.00 | Checking Account (Non-Interest Earn - ********5908 | 100,084.65 | 86,430.65 | 0.00 |
| Total Memo Allocation Net: | 94,713.32 | | 100,084.65 | 86,430.65 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 872.80

Ver: 19.06a

B1040 (FORM 1040) (12/15)

| AMENDED ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>JEFFERSON AVENUE TEMECULA LLC | **DEFENDANTS**<br>EDWIN C. LICUP; CHRISTINE TRACEY CASTRO |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>ALLAN D. SARVER, ESQ.<br>LAW OFFICES OF ALLAN D. SARVER<br>16000 VENTURA BLVD., SUITE 1000, ENCINO, CA. 91436<br>(818) 981-0581 | **ATTORNEYS** (If Known)<br>TIMOTHY J. WALSH ESQ.<br>710 Missouri Street, Suite 3, Fairfield, CA 94533<br>(707) 429-1990<br>Chapter 7 Bankruptcy Counsel |
| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to Determine Dischargeability of Indebtedness. BR 7008(a); 28 U.S.C. Section 157(b)(2)(I) & (J); 11 U.S.C. Sections 523(a)(3)(B) of Title 11 of U.S. Code. 11 U.S.C. Section 523(a)(3)(A);

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11 - Recovery of money/property - § 542 turnover of property
- ☐ 12 - Recovery of money/property - § 547 preference
- ☐ 13 - Recovery of money/property - § 548 fraudulent transfer
- ☐ 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31 - Approval of sale of property of estate and of co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41 - Objection / revocation of discharge - § 727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66 - Dischargeability - § 523(a)(1),(14),(14A) priority tax claims
- ☐ 62 - Dischargeability - § 523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61 - Dischargeability - § 523(a)(5), domestic support
- ☐ 68 - Dischargeability - § 523(a)(6), willful and malicious injury
- ☐ 63 - Dischargeability - § 523(a)(8), student loan
- ☐ 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
- ☑ 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71 - Injunctive relief - reinstatement of stay
- ☐ 72 - Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81 - Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☐ 91 - Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01 - Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§ 78aaa *et.seq.*
- ☐ 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| | |
|---|---|
| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
| ☐ Check if a jury trial is demanded in complaint | Demand $ 31,780.29 plus interest |

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Edwin C. Licup; Christine Tracey Castro | | BANKRUPTCY CASE NO.<br>14-00809-CBL |
| DISTRICT IN WHICH CASE IS PENDING<br>Southern District California | DIVISIONAL OFFICE<br>San Diego | NAME OF JUDGE<br>Christopher B. Latham |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>7/6/2021 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>ALLAN D. SARVER | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.